FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 3 0 2003

DAVID J. MALAND, CLERK
BY
DEPUTY Jackson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES ORTEGA,<br>Plaintiff | § | |
| | § | CIVIL CASE No. 4:03cv 292 |
| vs. | § | JUDGE: Brown |
| | § | MAG. JUDGE: bush |
| PAUL COGWEL,<br>CITY OF McKINNEY, TEXAS,<br>McKINNEY POLICE DEPARTMENT,<br>Defendants | § | 42 USC § 1983 Civil Rights Complaint |
| | § | |

********************************************************

## AFFIDAVIT TO PROCEED *IN FORMA PAUPERIS*

I, James D. Ortega, prisoner identification number 07046-078,
(Full Name)

declare that I am the

✓ **Petitioner/Plaintiff**

* If you are a plaintiff in a civil rights action, are you serving a criminal sentence? ✓ yes ______ no

* If you are **not** serving a criminal sentence, are you being held pursuant to a detainer placed upon you by a government agency such as the Immigration and Naturalization Service? _____yes______no

________ **Other** ______________

in this case. In support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. §1915, I declare that I am unable to prepay the full filing fee or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you incarcerated? ✓ yes ______ no

   If "Yes," state place of incarceration: F.C.I. Oakdale LA.
   P.O. Box 5050 Oakdale Louisianna, 71463

(If "No," this is the wrong form for you. You should request the Non-prisoner Declaration in

Support of Request to Proceed *In Forma Pauperis.*)

2. Do you have a work, program, status assignment, or other circumstances which causes you to be paid by the prison, jail or other custodial institution? ✓ Yes ____ No

3. In the past 12 months have **you and/or your spouse** received money from the following sources? If so, state the total amount received, describe each source of money **and** the amount that **you and/or your spouse** expect to continue to receive.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Amount** |
| A. | Business, profession, or other self-employment | | | | |
| | Petitioner: | ____ Yes | ✓ No | $____ | |
| | Spouse: | ____ Yes | ✓ No | $____ | |
| | Explanation: ____ | | | | |
| B. | Rent payments, interest, or dividends | ____ Yes | ✓ No | $____ | |
| | Explanation: ____ | | | | |
| C. | Pensions, annuities, or life life insurance payments | ____ Yes | ✓ No | $____ | |
| | Explanation: ____ | | | | |
| D. | Disability or Workers' Compensation Payments | ____ Yes | ✓ No | $____ | |
| | Explanation: ____ | | | | |
| E. | Gifts or Inheritances | ____ Yes | ✓ No | $____ | |
| | Explanation: ____ | | | | |
| F. | Any other sources | ____ Yes | ✓ No | $____ | |
| | Explanation: ____ | | | | |

4. Do you or your spouse have **any** cash, checking or savings accounts outside the prison?

____ Yes ✓ No Amount $____

5. Do you or your spouse have a secondary savings account, such as a certificate of deposit or a savings

bond?

_______Yes ✓ No Amount $__________

6. Do you or your spouse own any assets including real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?

________Yes ✓ No

If "yes," describe each asset and state its value:

| | VALUE |
|---|---|
| Automobiles ________________ | $ N/A |
| (Make/model/year)________________ | |
| Stocks ________________ | $ ______ |
| Bonds ________________ | $ ______ |
| Notes ________________ | $ ______ |
| Real Estate ________________ | $ ______ |
| $____________(Mortgage) | |
| Other ________________ | $ ______ |

7. Have you on any prior occasion, while incarcerated or detained in any prison, jail, or other facility, brought an action in federal court that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted? ________Yes ✓ No

If "yes," list the dismissals:

| Date Dismissed | Case Name | Case number | Court |
|---|---|---|---|
| ________ | ______ v. ______ | ________ | ________ |
| ________ | ______ v. ______ | ________ | ________ |
| ________ | ______ v. ______ | ________ | ________ |

**I declare under penalty of perjury that I have submitted above a complete statement of all of the assets that I possess and that all of the information set out above is true and correct.**

**Executed on** 7/24/03
**(Date)**

James [signature]
**(Signature of Applicant)**

***TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION AND/OR DETENTION)**

I certify that James Ortega (Insert name of prisoner and prisoner number) has the current sum of $ 30.06 on account to his credit at F.C.I. Oakdale, LA (name of institution). I further certify that during the past six months the applicants average balance $34.00 and that the applicant's average monthly deposits were $ $28.90.

attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not **(circle one)** have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $________.

**Dated:** 7/25, 2003

D Brown
**Signature of Authorized Officer**

David Brown
**Printed Name of Authorized Officer**

**AUTHORIZATION**

I, James Ortega, prisoner identification number 07046-078, request and authorize the institution holding me in custody, to send to the Clerk of Court for the United States District Court, Western District of Louisiana, a certified copy of the statement for the last six months of my account at the institution where I am incarcerated and/or detained. I further authorize the institution holding me to forward from my account to the Clerk of Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of this complaint or petition. Thereafter I authorize the institution of incarceration and/or detention to forward monthly payments of 20 percent of my preceding month's income credited to my prison account to the Clerk of Court each time my balance exceeds $10.00 until I have paid the filing fee in full.

This authorization is furnished in connection with the commencement of a civil action, and I understand that the total amount of filing fees for which I am obligated is $150.00. I also understand that these fees will be debited from my account regardless of the outcome of my civil action. This authorization shall apply to any other institution into whose custody I may be transferred.

I further acknowledge that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

**Dated:** 7/24/03 **,20**____

James Ortega

**Signature of Prisoner**

**CERTIFICATE**

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below financial certificate. I understand that:

(1) if I commence a petition for Writ of Habeas Corpus in federal court pursuant to 28 U.S.C. §2254, the filing fee is $5.00, and such fee will have to be paid by me.

(2) if I file a civil action with this court (such as an action pursuant to 42 U.S.C. §1983) the filing fee is $150.00, which I must pay in full, and:

(a) if my current account balance is $150..00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $150.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $150.00 in my account, before the action will be served on the defendants, I will be required to pay 20 percent of my average monthly balance, or the average monthly deposits to my account, whichever is greater, and thereafter I must pay installments of 20 percent of the preceding month's deposits to my account in months that my account balance exceeds $10.00, and I hereby authorize the institution where I am confined to make such deductions.

(c) I must continue to make installment payments until the $150.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

(3) I further state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member or any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

7/24/03
**Date**

James D. Ortega
**Printed Name of Applicant**

James Ortega
**Signature and Prison Number of Applicant**